UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MARTHA WOLFE, | ) |
| Plaintiff, | ) 2:22-CV-49 |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed an Unopposed Second Motion for Extension of Time to Complete Discovery [Doc. 37], requesting an additional 30-day extension of time to file expert disclosures. In support, Plaintiff states that due to unforeseen health complications her retained expert had to be re-hospitalized and is unable to complete his report by the current deadline of June 29, 2023. Defendant's counsel does not oppose the requested extension but does request that Defendant's expert disclosure deadline be extended by 30 days as well. Plaintiff also notes that the requested extension would result in the expert disclosure deadline occurring after the currently established deadlines for Daubert challenges and the completion of discovery; therefore, Plaintiff requests, and Defendant does not oppose, an extension of these deadlines to coincide with the extended expert disclosure deadline. Plaintiff's Motion [Doc. 37] is **GRANTED**.

The Court modifies the following dates, noting that any dates not expressly modified by this Order remain in effect:

| Important Scheduling Dates | |
|---|---|
| **Plaintiff's Expert Disclosure Deadline** | **July 29, 2023** |
| **Defendant's Expert Disclosure Deadline** | **September 3, 2023** |
| ***Daubert* challenges deadline** | **October 3, 2023** |
| **Discovery Cut-off** | **November 2, 2023** |

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge